ST. REGIS RESTAURANT, INC., v. AUGUSTUS J. POWERS.— Motion denied, with ten dollars costs, and stay vacated five days after service of order.   Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

GRACE H. GRIFFIN v. WILLIAM H. GRIFFIN.— Motion denied, with ten dollars costs.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILBUR RANDALL SCHOONMAKER v. EUGENE D. BOYER and Others.— Motion denied.   Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

WILLIAM J. PERLMAN and Another v. EDWARD MARGOLIES & Co., INC.— Motion denied and stay vacated.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY DRANOW v. ARTHUR C. KYLE.— Motion granted.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SWIFT & COMPANY v. OBCANSKA, ZALOZNA V. KARLINE.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THOMAS J. RYAN v. THOMAS F. NELSON.— Motion denied, with ten dollars costs, and stay vacated.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FAY GROSS v. DAVID GROSS.— Motion denied, with ten dollars costs, and stay vacated.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY W. GEISZ and Others v. RICHARD L. O'HARA, Individually and as President of Local Union No. 3 of the International Brotherhood of Electrical Workers, and Others.— Motion granted.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSE LUBLIN v. HERMAN THEAMAN.— Motion denied, with ten dollars costs, and stay vacated.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM J. McROBERTS and Others v. NATIONAL DRY DOCK & REPAIR CO., INC., and Another, Impleaded with EDWARD P. MORSE, JR.— Motion denied, with ten dollars costs, and stay vacated.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MABEL C. BAIN v. AUGUSTUS W. PRATT and Others.— Motion granted.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ADRIEN EDWARDS VAN CLEAVE v. RUTH VAN CLEAVE, Impleaded, etc.— Motion denied and stay vacated.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of WILLIAM O. CRABTREE v. FRANKLIN N. YORK CO., INC., and Others.— Motion granted.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WALTER McCARTHY.— Motion granted.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

OTTO B. SHULHOF v. EITINGON-SCHILD CO., INC.— Motion denied, with ten dollars costs, and stay vacated.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of HAROLD LEWIS HERRICK for Admission to the Bar.— Application denied.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.